**Opinion issued January 8, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-01083-CV

———————————

## IN RE THE GREAT AMERICAN POOL, L.L.C. D/B/A AMERICAN POOLS OF HOUSTON, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, The Great American Pool, L.L.C., doing business as American Pools of Houston, filed a petition for writ of mandamus challenging two trial court orders, including the trial court's June 24, 2025 order "granting arbitration and abatement of the case" and a September 3, 2025 order "denying [r]elator's Motion to

Reconsider."[1] Relator requested that this Court issue a writ of mandamus "directing the trial court to vacate its orders" or "at the very least" be ordered "to proceed with an evidentiary hearing" on the plea in abatement and motion to compel arbitration filed by real parties in interest, Mary J. Phenneger and Joedy Phenneger.

We conclude that relator has failed to establish it is entitled to mandamus relief, and therefore the Court denies relator's petition for writ of mandamus. We dismiss any pending motion as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.

---

[1] The underlying case is *The Great American Pool, L.L.C. d/b/a American Pools of Houston v. Mary J. Phenneger and Joedy Phenneger*, Cause No. 2025-13624, in the 281st District Court of Harris County, Texas, the Honorable Christine Weems presiding.